UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL YATES,

    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE, etc., *et al.*,

    Defendant.

2:10-cv-1892-JCM-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 2, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  18th  day of January, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge