1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  KELLY M. SMITH
   Nevada Bar No. 9192
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059

6  Attorneys for Defendant

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9
   MICHAEL YATES,                          CASE NO.: 2:10-cv-01892-JCM-RJJ
10                                         DEPT. NO.:
              Plaintiff,
11
   vs.                                     **STIPULATION AND ORDER TO**
12                                         **DISMISS WITH PREJUDICE**
   AMERICAN FAMILY MUTUAL
13 INSURANCE, a Foreign Corporation, ROE
   CORPORATION I, and DOES I-X and
14 ROE CORPORATIONS II-X, inclusive,

15            Defendants.

16
         IT IS HEREBY STIPULATED by and between Chad A. Bowers, attorney for the
17
   Plaintiff, MICHAEL YATES, and Thomas E. Winner, attorney for Defendant, AMERICAN
18
   FAMILY MUTUAL INSURANCE that the Plaintiff's Complaint be dismissed with prejudice,
19
   and each party to bear their own costs and attorney's fees.
20
         IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced
21
   matter.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

304053.DOCX

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 5th day of January, 2012.

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
Kelly M. Smith
Nevada Bar No. 9192
1117 South Rancho Drive
Las Vegas, Nevada 89102

CHAD BOWERS LTD.

Chad A. Bowers
Nevada Bar No. 7283
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Attorneys for Michael Yates

304053.DOCX

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED January 10, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Kelly M. Smith
Nevada Bar No. 9192
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:10-cv-01892-JCM-RJJ

304053.DOCX