1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  KELLY M. SMITH
   Nevada Bar No. 9192
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059

6  Attorneys for Defendant

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL YATES,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE, a Foreign Corporation, ROE CORPORATION I, and DOES I-X and ROE CORPORATIONS II-X, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01892-JCM-RJJ<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Chad A. Bowers, attorney for the Plaintiff, MICHAEL YATES, and Thomas E. Winner, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

   IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

   / / /
   / / /
   / / /
   / / /
   / / /
   / / /

304053.DOCX

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 5th day of January, 2012.

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
Kelly M. Smith
Nevada Bar No. 9192
1117 South Rancho Drive
Las Vegas, Nevada 89102

CHAD BOWERS LTD.

Chad A. Bowers
Nevada Bar No. 7283
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Attorneys for Michael Yates

304053.DOCX

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED January 10, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

*/s/*
Thomas E. Winner
Nevada Bar No. 5168
Kelly M. Smith
Nevada Bar No. 9192
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:10-cv-01892-JCM-RJJ

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

304053.DOCX